# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 141 EAL 2016

            Respondent    :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

                v.    :

KARL ROSEBORO,    :

            Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.